UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MICHIGAN
                              SOUTHERN DIVISION

TIMOTHY WHITEUS,

      Plaintiff,                                 Case Number: 07-14145

v.                                                 Hon. Arthur J. Tarnow
                                                     Magistrate Judge: Steven D. Pepe

JENNIFER GRANHOLM, *et al.*,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS [DE 8, 11, 12, 21, 32 and 33]; AND DENYING DEFENDANT'S MOTION FOR SANCTIONS [DE 24]

      Before the Court are Defendants' motions to dismiss [DE 8, 11, 12, 21, 32 and 33], and Defendant's motion for sanctions [DE 24], on which the Court heard oral argument April 2, 2008. For the reasons stated on the record at the motion hearing,

      IT IS HEREBY ORDERED that Defendant Giddings's motion to dismiss [DE 8] is GRANTED.

      IT IS FURTHER ORDERED that Defendant Blue Cross Blue Shield of Michigan's motion to dismiss [DE 11] is GRANTED.

      IT IS FURTHER ORDERED that Defendants Ball, Cox, Granholm, Larson, Medicaid of Michigan, Michigan Attorney General's Office, Michigan State Police Health Care Fraud Unit, Michigan State Police, and George Stevenson's motion to dismiss [DE 12] is GRANTED.

      IT IS FURTHER ORDERED that Defendants Fox Television News and Stinger's motion to dismiss [DE 21] is GRANTED.

      IT IS FURTHER ORDERED that Defendant Giddings' motion for sanctions [DE 24] is DENIED.

      IT IS FURTHER ORDERED that Defendant Health and Human Services' motion to dismiss [DE 32] is GRANTED.

      IT IS FURTHER ORDERED that Defendant Vantrease's motion to dismiss or for summary judgment [DE 33] is GRANTED.

SO ORDERED.

                                S/ARTHUR J. TARNOW  
                                Arthur J. Tarnow  
                                United States District Judge

Dated: April 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2008, by electronic and/or ordinary mail.

                                S/THERESA E. TAYLOR  
                                Case Manager